STATE OF CONNECTICUT *v.* MICHAEL E.
ROBICHAUD, JR.
(AC 18679)

Lavery, Landau and Hennessy, Js.

Argued December 14, 1999—officially released January 18, 2000

Per Curiam. The judgment is affirmed.

THOMAS E. MARRA, JR. *v.* COMMISSIONER OF
CORRECTION
(AC 19269)

Lavery, Mihalakos and Stoughton, Js.

Argued December 13, 1999—officially released January 18, 2000

Per Curiam. The judgment is affirmed.

JOYCE SENIOR *v.* DEPARTMENT OF SOCIAL
SERVICES
(AC 19153)

Foti, Landau and Schaller, Js.

Argued January 10—officially released February 1, 2000

Per Curiam. The judgment is affirmed.